UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 6:04-CR-32

UNITED STATES, PLAINTIFF,

v. **OPINION AND ORDER**

PAUL LOUCKS, DEFENDANT.

\*\*\*\* \*\*\*\* \*\*\*\* \*\*\*\*

This matter is before the Court on letters written by the Defendant (DE 403, 405) in which he requests that the Court correct an alleged error on his judgment. The Defendant states that the judgment incorrectly states that his federal offenses ended on April 19, 2004.

The judgment is dated May 31, 2005. It adjudged the Defendant guilty of conspiring to distribute marijuana and commit money laundering and sentenced the Defendant to 198 months in prison. In the judgment, this Court recommended to the Bureau of Prisons that the Defendant's federal sentence run concurrent to his prospective state sentence in Albany County Court, Albany, New York. After this court entered its judgment, the New York state court sentenced the Defendant to a state prison term and specified that the sentence should run concurrent with the Defendant's federal sentence.

With his letter, the Defendant argues that the Bureau of Prisons is calculating his time from April 19, 2004, the date that this Court identified in its judgment as the date his federal crimes ended. The Defendant argues that the BOP should calculate his time from February 19, 2004, the date that he asserts he was arrested in New York.

The Defendant pleaded guilty to counts 2 and 3 of the indictment in this matter. The

indictment alleges that those conspiracy crimes continued "through on or about April 19, 2004." Accordingly, the Court hereby ORDERS that the Defendant's request to amend his judgment (DE 403, 405) is DENIED.

Dated this 13th day of November, 2013.

KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY