UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION at LONDON

CRIMINAL ACTION NO. 6:04-CR-32

UNITED STATES, PLAINTIFF,

v. **OPINION AND ORDER**

PAUL LOUCKS, DEFENDANT.

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

This matter is before the Court on various motions filed by the defendant (DE 415, 417 and 418) all of which relate to the defendant's request for a sentence reduction based on Amendment 782 to the United States Sentencing Guidelines. The amendment reduces by two the offense levels assigned in the Drug Quantity Table, U.S.S.G. § 2D1.1, resulting in lower guideline ranges for most drug trafficking offenses.

The defendant pleaded guilty to two charges, one of which was a drug trafficking offense but the other charge was conspiring to commit money laundering. (DE 291, Judgment). The Court sentenced the defendant to 198 months of imprisonment.

His sentence was not based on the drug charge or the Drug Quantity Table in Section 2D1.1 of the sentencing guidelines. The defendant's sentence was instead based on the money-laundering guidelines because those guidelines were the highest. *See* U.S.S.G. § 3D1.3(a). Thus, the defendant's applicable guideline range has not been lowered as a result of Amendment 782. For these reasons, the Court hereby ORDERS that the defendant's motion for a sentencing reduction (DE 415) is DENIED.

The defendant also asks the Court for an order finding that the United States does not oppose his motion for a sentence modification because it filed no opposition. The United

States' position on the defendant's motion has had no bearing on the Court's ruling. Accordingly, the Court hereby ORDERS that this motion (DE 417) is DENIED as moot.

Finally, the defendant asks for an expedited ruling on his motion for a sentence reduction. The Court hereby ORDERS that this motion (DE 418) is also DENIED as moot, the Court having now ruled on the motion for a sentence reduction.

Dated April 6, 2015.

*Karen K. Caldwell*
KAREN K. CALDWELL, CHIEF JUDGE
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY